# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation of Probation**) |
| v. | Case Number:  01-cr-00242-WYD-01 |
|  | USM Number:  30496-013 |
| HEATHER R. WHITTAKER | Janine Yunker, AFPD <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 10, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Participate in Dual Diagnosis Treatment as Directed by the Probation Officer | 09/15/2008 |
| 2 | Failure to Participate in Dual Diagnosis Treatment as Directed by the Probation Officer | 07/14/2008 |

    The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

December 23, 2008
Date of Imposition of Judgment

s/ Wiley Y. Daniel
Signature of Judge

Wiley Y. Daniel, Chief U.S. District Judge
Name & Title of Judge

December 30, 2008
Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Participate in Dual Diagnosis Treatment as Directed by the Probation Officer | 09/17/2008 |
| 4 | Violation of the Law | 07/03/2007 |
| 5 | Failure to Report Arrest/Questioning by a Law Enforcement Officer | 07/31/2008 |
| 6 | Failure to Report Arrest/Questioning by a Law Enforcement Officer | 08/21/2008 |
| 7 | Possession and Use of a Controlled Substance | 08/28/2008 |
| 8 | Possession and Use of a Controlledl Substance | 08/29/2008 |
| 9 | Failure to Report to the Probation Officer as Instructed | 08/22/2008 |
| 10 | Failure to Submit Written Monthly Reports | 08/2008 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eleven (11) months.

The court recommends that the Bureau of Prisons credit the defendant with forty (40) days for time served.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal